**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FRIENDS OF THE BOUNDARY WATERS WILDERNESS,

Plaintiff,

vs.

BUREAU OF LAND MANAGEMENT and UNITED STATES OF AMERICA,

Defendants.

Case No. 0:20-cv-00438-PAM-LIB

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

**STATE OF MINNESOTA** )
)ss.
**COUNTY OF HENNEPIN** )

Janine Maria Savina, being first duly sworn on oath, deposes and says, that she is a Legal Administrative Assistant at the office of Robins Kaplan LLP, Attorneys at Law, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402-2015. That on the 5th day of February, 2020, she served the United States of America and the Bureau of Land Management by serving the following documents.

- Summons to United States of America
- Summons to Bureau of Land Management
- Complaint
- Corporate Disclosure Statement of Friends of the Boundary Waters Wilderness

The foregoing documents were served by mailing a true and correct copy of them, via Certified U.S. Mail, to:

Civil Process Clerk
United States Attorney's Office
District of Minnesota
300 South 4th Street
Suite 600
Minneapolis, MN 55415

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

Bureau of Land Management
1849 C Street NW
Rm. 5665
Washington, DC 20240

Janine M. Savina
Janine Maria Savina

Subscribed and sworn to before me
this 6th day of February, 2020.

Bette J. Peterson
Notary Public

BETTE J PETERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2025

90382862.1

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Friends of the Boundary Waters Wilderness,

*Plaintiff,*

v.

Case No. 0:20−cv−00438−PAM−LIB

Bureau of Land Management, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Bureau of Land Management

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ari B Lukoff
800 LaSalle Ave Ste 2800
Mpls, MN
55402−2015

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*

By:

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Signature of Clerk or Deputy Clerk

Katie Thompson

Date of Issuance: February 4, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:20−cv−00438−PAM−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Bureau of Land Management

Date of Service: ______________________________

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Friends of the Boundary Waters Wilderness,

*Plaintiff,*

v.

Case No. 0:20−cv−00438−PAM−LIB

Bureau of Land Management, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: United States of America

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ari B Lukoff
800 LaSalle Ave Ste 2800
Mpls, MN
55402−2015

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*

By:

U.S. DISTRICT COURT
DISTRICT OF MINNESOTA

Signature of Clerk or Deputy Clerk

Katie Thompson

Date of Issuance: February 4, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:20−cv−00438−PAM−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: United States of America

Date of Service: ____________________

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ____________________

Signature of Server: ____________________

Date: ____________________

Server's Address: ____________________